## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BETTY RUTTMAN,

    Plaintiff,                          Case No.: 5:12-cv-15243-JCO-LJM

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a/k/a NEW ENGLAND
COMPOUNDING CENTER,

    Defendant.

_____/

## **NOTICE OF STAY BY REASON OF BANKRUPTCY**

    The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

**BOWMAN AND BROOKE LLP**


                BY:   /s/ David L. Campbell
                      DAVID L. CAMPBELL (P66287)
                      CARMEN M. BICKERDT  (P62874)
                      Attorneys for New England Compounding
                       Pharmacy, Inc.
                      41000 Woodward Avenue, Suite 200 East
                      Bloomfield Hills, MI 48304
                      (248) 205-3300
                      david.campbell@bowmanandbrooke.com
                      carmen.bickerdt@bowmanandbrooke.com

## CERTIFICATE OF SERVICE

I certify that on December 26, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**


BY: /s/ David L. Campbell
DAVID L. CAMPBELL (P66287)
CARMEN M. BICKERDT (P62874)
Attorneys for New England Compounding
 Pharmacy, Inc.
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
(248) 205-3300
david.campbell@bowmanandbrooke.com
carmen.bickerdt@bowmanandbrooke.com